UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT PIPER,

    Plaintiff,

v.                                    Case No. 3:19-cv-48-J-32JRK

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 17), filed on May 29, 2019, the claims brought by Scott Piper individually against Defendant are dismissed with prejudice. The claims brought on behalf of the putative class are dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of June, 2019.

                                                            TIMOTHY J. CORRIGAN
                                                             United States District Judge

jb
Copies:

Counsel of record